**FILED**

FEB 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OA 91  Criminal Complaint

# United States District Court

NORTHERN     **DISTRICT OF**     CALIFORNIA

UNITED STATES OF AMERICA
V.

HECTOR HUGO ZENDEJAS-VEGA

CRIMINAL COMPLAINT

*MEJ*

Case Number:

3   03   70095

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state that the following is true and correct to the best of my

knowledge and belief. On or about January 7, 2008    in    Marin    County, in

(Date)

the    Northern    District of    California    defendant(s) did,

(Track Statutory Language of Offense)

SEE ATTACHMENT "A"

in violation of Title    8    United States Code, Section(s)    1326    .

I further state that I am a(n)    Deportation Officer    and that this complaint is based on the

Official Title

following facts:

SEE ATTACHED AFFIDAVIT MADE A PART HEREOF

PENALTIES: Imprisonment for not more than twenty (20) years and/or a fine of not more than two-hundred fifty thousand ($250,000.00) dollars, a one-hundred ($100.00) dollar special assessment, and three (3) years supervised release.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Approved
As To
Form:
AUSA

Name/Signature of Complainant

Sworn to before me and subscribed in my presence,

2-21-08

Date

at    San Francisco, California

City and State

HONORABLE MARIA-ELENA JAMES     U.S. MAGISTRATE JUDGE

Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT "A"

On or about January 7, 2008, the defendant, Hector Hugo Zendejas-Vega, an alien having been

previously deported on September 5, 2006, March 26, 2007, March 30, 2007, and March 31,

2007, from the United States, was found in San Quentin State Prison, in the State and Northern

District of California, without having obtained express consent for reapplication for admission

from either the Attorney General of the United States or his successor, the Secretary for

Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557).

STATE AND NORTHERN DISTRICT OF CALIFORNIA          )
                                                   ) ss, AFFIDAVIT
CITY AND COUNTY OF SAN FRANCISCO                    )

I, Cesar J. Lopez, Deportation Officer, U.S. Immigration and Customs Enforcement
(ICE), being duly sworn, depose and state:

## I. INTRODUCTION AND PURPOSE OF AFFIDAVIT

1.     This affidavit is submitted in support of a criminal complaint against HECTOR HUGO
ZENDEJAS-VEGA, for violating Title 8 U.S.C. § 1326. The facts set forth in this Affidavit are
based on my review of ZENDEJAS-VEGA'S official Immigration file (No. A70 765 260), my
personal observations, my training and experience, and where noted, information related to me
by other law enforcement officials. However, the facts set forth in this Affidavit are not all facts
related to ZENDEJAS-VEGA that I know.

## II. AGENT'S BACKGROUND AND EXPERTISE

2.     I have been a Deportation officer with the U. S. Department of Homeland Security
(DHS), U.S. Immigration and Customs Enforcement (ICE), formerly the United States
Department of Justice (DOJ), Immigration and Naturalization Service (INS), for approximately
14 years. Previously, I was employed as a United States Immigration Inspector for
approximately 6 years. I am currently assigned to ICE's San Francisco, California field office,
and I am responsible for enforcing federal criminal statutes involving criminal aliens who reenter
the United States illegally.

## III. APPLICABLE LAW

3.     Title 8 U.S.C. § 1326 provides criminal penalties for "any alien who . . . has been denied
admission, excluded, deported, or removed or has departed the United States while an order of
exclusion, deportation, or removal is outstanding, and thereafter enters, attempts to enter, or is at
any time found in, the United States, unless (A) prior to his reembarkation at a place outside the
United States or his application for admission from foreign contiguous territory, the Attorney
General has expressly consented to such alien's reapplying for admission; or (B) with respect to
an alien previously denied admission and removed, unless such alien shall establish that he was
not required to obtain such advance consent under this chapter or any prior Act . . . ."

## IV. FACTS ESTABLISHING PROBABLE CAUSE

4.     HECTOR HUGO ZENDEJAS-VEGA is a 26 year-old male who is a native and citizen of
Mexico. ZENDEJAS-VEGA was deported from the United States to Mexico on September 5,
2006, March 26, 2007, March 30, 2007, and March 31, 2007. ZENDEJAS-VEGA last entered
the United States illegally on an unknown date in November 2007 by voluntarily crossing into

–1–

Arizona through the international border with Mexico by foot. ZENDEJAS-VEGA knowingly remained in the United States without first having obtained the consent to reapply for admission from the Attorney General of the United States or the United States Secretary of Homeland Security.

5.      The official Immigration file for ZENDEJAS-VEGA contains four executed Warrants of Removal. The Warrants of Removal are dated September 5, 2006, March 26, 2007, March 30, 2007, and March 31, 2007, the dates that ZENDEJAS-VEGA was deported from the United States to Mexico.

6.      On or about January 7, 2008, an ICE agent encountered ZENDEJAS-VEGA pursuant to his release from the San Quentin State Prison in San Quentin, California on unrelated charges. ZENDEJAS-VEGA stated that his name was Hector Hugo Zendejas-Vega. Subsequently, the agent lodged an ICE detainer against him.

7.      On February 13, 2008, Immigration Enforcement Agent Yelena Volskaya interviewed ZENDEJAS-VEGA at the ICE office in San Francisco, California. After ZENDEJAS-VEGA was advised of his Miranda rights and the right to speak with the consular or diplomatic officers of his country of citizenship, he admitted that his true name was HECTOR HUGO ZENDEJAS-VEGA. ZENDEJAS-VEGA admitted that he was a citizen and national of Mexico and that he had been previously deported from the United States. He also admitted that he illegally reentered the United States on an unknown date in November 2007.

8.      On February 14, 2008, a full set of rolled fingerprints belonging to ZENDEJAS-VEGA was submitted the Automated Fingerprint Identification Center ("AFIS"), for verification of the identity. The fingerprint examiner positively identified the fingerprint as belonging to ZENDEJAS-VEGA who had previously been removed from the United States as referenced in paragraph 4.

9.      There is no indication in ICE's official files that ZENDEJAS-VEGA has applied for or been granted the requisite permission to reenter the United States from either the Attorney General of the United States or the Secretary of Homeland Security.

−2−

## V. CONCLUSION

10.    On the basis of the above information, I submit that probable cause exists to believe that HECTOR HUGO ZENDEJAS-VEGA illegally reentered the United States following deportation, in violation of Title 8 U.S.C. § 1326.

Cesar J. Lopez
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
San Francisco, California

Subscribed and sworn to before me this _____ day of February, 2008.

The Honorable Maria-Elena James
United States Magistrate Judge
Northern District of California
San Francisco, California

–3–